People v Williams (2023 NY Slip Op 06206)

People v Williams

2023 NY Slip Op 06206

Decided on November 30, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 30, 2023

Before: Kapnick, J.P., Webber, Singh, Moulton, Scarpulla, JJ. 

Ind. No. 462/17 Appeal No. 1134 Case No. 2021-04211 

[*1]The People of the State of New York, Respondent,
v
Marvin Williams, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mariel R. Stein of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Reva Grace Phillips of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about November 12, 2021, which adjudicated defendant a level three predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion in declining a downward departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant—his lack of a disciplinary record while incarcerated, participation in a sex offender treatment program, and family support—were adequately accounted for by the risk assessment instrument (see People v Williams, 216 AD3d 438, 439 [1st Dept 2023], lv denied 40 NY3d 904 [2023]; People v Harripersaud, 198 AD3d 542, 542 [1st Dept 2021], lv denied 38 NY3d 902 [2022]). Moreover, defendant failed to establish that his participation in sex offender treatment was so "exceptional" as to warrant a departure (see People v Alcantara, 154 AD3d 532, 532 [1st Dept 2017], lv denied 30 NY3d 908 [2018])or demonstrate how having support from his family established a lower likelihood of reoffense or danger to the community (see People v Stuckey, 174 AD3d 454, 455 [1st Dept 2019]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 30, 2023